**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Gotay Rodriguez,

                Plaintiff,                              20 **CIVIL** 2819 (AJN)

      -against-                                         **JUDGMENT**

Commissioner of Social Security,
                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2021, objections to Judge Cave's R & R were due by June 30, 2021. As of September 29, 2021, no objections have been filed. The Court has reviewed the R & R for clear error, and found none. The R & R is adopted in its entirety and Plaintiff's motions for judgment on the pleadings is GRANTED, on the grounds described by Judge Cave, the Commissioner's motion is DENIED, and this case is REMANDED for further administrative proceedings.

**Dated:**  New York, New York
          September 29, 2021

                                                              **RUBY J. KRAJICK**
                                                                 **Clerk of Court**
                          **BY:**       *K. Mango*
                                                                   **Deputy Clerk**