UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAYZA E. GOTAY RODRIGUEZ,

        Plaintiff,

vs.                                                                        Civil Action No.:
                                                                                                                      1:20-CV-02819-ER-SLC

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.                                        **NOTICE OF MOTION**

-----------------------------------------------------------X

        **PLEASE TAKE NOTICE** that upon all the prior proceedings filed and the attached affirmation, memorandum, and Exhibits, the undersigned moves this Court, on submission, for an order awarding attorney's fees under 42 U.S.C. § 406(b).

Dated: November 24, 2025

                                                                                                   By:    /s/ Daniel Berger
                                                                                                    Daniel Berger, Esq.
                                                                                                    1000 Grand Concourse, Suite 1-A
                                                                                                     Bronx, NY 10451
                                                                                                     (718) 588-4715
                                                                                                     Fax: (718) 588-7319
                                                                                                     Email: danielbergeresq@aol.com

---

**MEMO ENDORSED**

Defendant is directed to respond by December 15, 2025.

SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: November 25, 2025
New York, New York